UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rahim A. Muhammad,<br>9301 Gwynndale Court,<br>Clinton, Maryland 20735,<br><br>    Complainant,<br><br>v.<br><br>Michael Chertoff, Secretary,<br>U.S. Department of Homeland,<br>Security,<br>425 I. Street N.W., Room 6100,<br>Washington, D.C. 20536,<br><br>    Defendant. | )<br>)<br>)    Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT OF DISCRIMINATION

### INTRODUCTION

1. Plaintiff, Rahim Muhammand, by and through undersigned counsel, brings this action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C § 2000e et seq. for redress of injuries he suffered due to employment discrimination consisting of retailiation.

### JURISDICTION

2. Defendant, a federal agency, is a employer within the meaning of Title VII and on an ongoing basis acted in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2(a) (1) by subjecting Plaintiff to reprisal. The employment practices alleged to be unlawful were committed entirely in the District of Columbia.

3. This action is also proper in this court pursuant to 28 U.S.C. §1332 and this claim is for an amount greater that the jurisdiction amount for a claim in this court.

4. The Plaintiff's employment records are located in the District of Columbia.

5.      The Plaintiff entitled to have his federal claims litigated in the federal court, along with State and ancillary claims arising out of the same transaction.

## ADMINISTRATIVE PROCEEDINGS

5.      On September 11, 2003 and October 9, 2003, Plaintiff filed formal and supplemental complaints of discrimination

6.      180 days have passed since the filing of Plaintiffs' discrimination complaint.

7.      On June 10, 2005, Plaintiff was issued a notice of withdrawal from the EEOC.

## PARTIES

8.      Plaintiff, Rahim A. Muhammad, resides in Clinton, Maryland, was employed by the Federal Protective Service (FPS"), General Services Administration ("GSA"), as a Physical Security Specialist, from 1997 until August 2004.

9.      Michael Chertoff is the Secretary of Homeland Security, which is a federal agency. On March 3, 2003, the FPS transferred from GSA to the Department of Homeland.

10.     Dean Hunter is employed by FPS, as a Deputy Director and was Plaintiff's second level supervisor.

11.     Joseph Tindal is employed by FPS as a Director and was Plaintiff's third level supervisor.

11.     At all times relevant to this complaint, Hunter and Tindal were employed by FPS as supervisors/managers, as such their actions bind the Agency.

## REPRISAL

12.     Plaintiff alleges that he has been subjected reprisal, which has been ongoing and continuous since January 2001.

13.     Plaintiff engaged in prior protective action in January and March 2001, 2002 and 2003, when he filed complaints of race discrimination.

14.     Plaintiff's supervisor Mr. Hunter was made aware of Plaintiff allegations in 2001 through 2003.

15.      In August 2003, Plaintiff's supervisors, Hunter and Trindel deviated from Agency and Merit Systems Procedures during a position review process and deliberately eliminated Plaintiff from being selected for the position of Area Security Manager, under announcement number 03992251.

16.     Plaintiff was more qualified than five of the selected employees for the Area Security Manager position.

## CONSTRUCTIVE DISCHARGE

17.     Plaintiff realleges and incorporates by reference, paragraph 1-16 of this complaint.

18.     Plaintiff alleges that the discriminatory acts and omission were very offensive, pervasive and caused the creation of a hostile work environment.  The hostile work environment substantially affected Plaintiff's condition of employment and caused him mental and emotional suffering.  As a result Plaintiff resigned from his position on August 30, 2004.

## REMEDIES REQUESTED

49.     Plaintiff has suffered and continues to suffer emotional and mental distress and embarrassment as a result of the discriminatory actions against him.  Plaintiff seeks

4

Declaratory and Injunctive Relief, Back Pay, Front Pay, $300,000.00 (Three Hundred Thousand) in Compensatory damages and Attorneys fees. A Jury Trial is Demanded.

June 28, 2005

                                      Respectfully submitted,

                                      _____
                                      Veronica G. Awkard, Bar No. 14454
                                      6490 Landover, Road, Ste A
                                      Landover, Maryland  20785
                                      301-773-4724
                                      301-773-4725 (fax)

_____

Rahim A. Muhammad