AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rahim A. Muhammad
9301 Gwynndale Court,
Clinton, Maryland 20735,

    Plaintiff,

V.

Michael Chertoff, Secretary,
U.S. Department of Homeland
Security,
425 I. Street N.W.., Room 6100
Washington, D.C. 20536

    Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER   1:05CV01365

JUDGE: Ricardo M. Urbina

DECK TYPE: Employment Discrimination

DATE STAMP: 07/08/2005

Solicitor General
Office of the Solicitor
Department of Justice
950 Penn. Avenue NW
Washington, D.C. 20530

JURY ACTION

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Veronica G. Awkard
6490 Landover Road
Suite A
Landover, Maryland 20785

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

_Janette Stewart-Curtis_
(By) DEPUTY CLERK

JUL 0 8 2005
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 7/22/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Myra A. Richardson | Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: At DOT @ 950 Penn Ave.
N.W. Wash, DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/4/05
_____
Date

Signature of Server

Address of Server: 857 Greenleaf Ter
Glen Burnie, MD 21061

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rahim A. Muhammad
9301 Gwynndale Court,
Clinton, Maryland  20735,

      Plaintiff,

    V.

Michael Chertoff, Secretary,
U.S. Department of Homeland
Security,
425 I. Street N.W.., Room 61
Washington, D.C.  20536

      Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER   1:05CV01365

JUDGE: Ricardo M. Urbina

DECK TYPE: Employment Discrimination

DATE STAMP: 07/08/2005

TO: (Name and address of Defendant)

Michael Chertoff, Secretary
Department of Homeland Security
Office of General Counsel
Attn: Katherine Johnson
425 I Street N.W., Rm 6100
Washington, D.C. 20536

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Veronica G. Awkard
6490 Landover Road
Suite A
Landover, Maryland  20785

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON       JUL 0 8 2005
CLERK                             DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/22/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Myra A. Richardson | Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: on I St. 425 I St. NW Wash, DC At the Immagration building

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/4/05
             *Date*

*Signature of Server*

8057 Greenleaf Dr.
Glen Burnie, MD 21061
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rahim A. Muhammad
9301 Gwynndale Court,
Clinton, Maryland 20735,

    Plaintiff,

      V.

Michael Chertoff, Secretary,
U.S. Department of Homeland
Security,
425 I. Street N.W.., Room 6101
Washington, D.C. 20536

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:05CV01365

JUDGE: Ricardo M. Urbina

DECK TYPE: Employment Discrimination

DATE STAMP: 07/08/2005

JURY ACTION

TO: (Name and address of Defendant)

Alberto R. Gonzales
Attorney General
Department of Justice
950 Penn. Avenue NW
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Veronica G. Awkard
6490 Landover Road
Suite A
Landover, Maryland 20785

an answer to the complaint which is served on you with this summons, within   60   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      JUL 0 8 2005
CLERK      DATE

*Janette Stewart-Curek*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/22/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Myra Richardson | Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: At DOT @ 950 Penn. Ave. NW. Wash, DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/2/05
            Date

Signature of Server

Address of Server: 8057 Greenleaf Ter. Glen Burnie, MD 21061

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rahim A. Muhammad
9301 Gwynndale Court
Clinton, Maryland 20735

V.

Michael Chertoff, Secretary
U.S. Department of Homeland
Security
425 I Street N.W Rm 6100
Wash. DC 20536

TO: (Name and address of Defendant)

U.S. Attorney
555 4th St. N.W.
Washington DC 20004

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:05CV01365

JUDGE: Ricardo M. Urbina

DECK TYPE: Employment Discrimination

DATE STAMP: 07/08/2005

JURY ACTION

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Veronica G. Aurilan
6490 Landover Road
Ste A.
Landover, MD 20785

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                   JUL 0 8 2005
CLERK                                         DATE

_Janita Stewart-Curek_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 7/22/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Myra A. Richardson | Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 501 3rd St. NW WDC
Given to Lauri Cox

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/2/05
Date

Signature of Server

Address of Server: 8057 Greenleaf Dr. Glen Burnie, MD 21061

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.