UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAHIM A. MUHAMMAD,<br>9301 Gwynndale Court,<br>Clinton, Maryland 20735<br><br>         Plaintiff,<br><br>v.<br><br><br>MICHAEL CHERTOFF, Secretary,<br>U.S. Department of Homeland,<br>Security,<br>425 I Street N.W., Room 6100,<br>Washington, D.C. 20536<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1365 (RMU)<br>)  (ECF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendant, in the above-captioned case.

Respectfully submitted,

/s/
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of August, 2005, I caused the foregoing Praecipe to be served on plaintiff, postage prepaid, addressed as follows:

Veronica G. Awkard
6490 Landover Road
Suite A
Landover, Maryland 20785

                                            /s/
                                  MERCEDEH MOMENI
                                  Assistant United States Attorney
                                  Civil Division
                                  555 4th Street, NW
                                  Washington, DC 20530
                                  (202) 305-4851
                                  (202) 514-8780 (facsimile)