UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAHIM A. MUHAMMAD,**          ) | |
|                                                          ) | |
|        **Plaintiff,**         ) | |
|                                                          ) | |
| v.                                                   ) | |
|                                                          ) | Civil Action No. 05-1365 (RMU) |
|                                                          ) | (ECF) |
| **MICHAEL CHERTOFF, Secretary,**  ) | |
| **U.S. Department of Homeland Security,** ) | |
|                                                          ) | |
|                                                          ) | |
|        **Defendant.**         ) | |
|                                                          ) | |

**CONSENT MOTION TO EXTEND TIME TO FILE AN ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

     Defendant, Michael Chertoff, Secretary of the Department of Homeland Security, hereby moves to extend the time within which he may file an answer or otherwise respond to Plaintiff's Complaint through and including October 20, 2005. Good cause exists to grant this motion.

     1. Defendant's answer to Plaintiff's Complaint is currently due on September 20, 2005.

     2. Defendant requires additional time to investigate the matter, and to prepare and file his answer or response to Plaintiff's Complaint.

     3. The extension is necessary primarily due to undersigned counsel's heavy caseload, which has included recent depositions in the matter of <u>Szejner v. CSOSA</u>, 04-0060 (ESH); mediation sessions before Magistrate Judges Kay and Facciola, a reply to an opposition to a motion to dismiss in the matter of <u>Research Air v. Norton, et al.</u> 05-0623 (RMC), a discovery motion in the matter of <u>Benham v. Rice</u> 03-1127 (HHK), among others, in addition to managing her regular case load. Therefore, Defendant needs additional time to coordinate with agency counsel to prepare an answer or other response.

4. Defendant therefore requests an extension of 30 days to prepare and file an answer or other response through and including October 20, 2005.

5. This is the first extension sought of the filing deadline.

6. Pursuant to Rule 7(m), undersigned counsel contacted Plaintiff's counsel to confer. Plaintiff's counsel consented to Defendant's request for an extension.

WHEREFORE, Defendant request that this request for enlargement be granted, and that the date for the filing of his answer or response be extended to October 20, 2005.

Respectfully submitted,

Dated: September 19, 2005.

_____/s/_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____/s/_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney


_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
Tel: (202) 305-4851

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2005, I caused the foregoing Motion for an Extension of Time to be served on Plaintiff's counsel, via electronic mail.

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
Tel: (202) 305-4851