**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **RAHIM A. MUHAMMAD,** )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**MICHAEL CHERTOFF, SECRETARY** )<br>**UNITED STATES DEPARTMENT OF** )<br>**HOMELAND SECURITY,** )<br>)<br>**Defendant** )<br>)<br>) | **Civil Action No. 05-1365 (RMU)**<br>**ECF** |

## DEFENDANT'S MOTION FOR PARTIAL DISMISSAL

Defendant, Michael Chertoff, Secretary of the Department of Homeland Security respectfully moves this Court to dismiss all allegations in the complaint (other than non-selection to the position of Area Security Manager in August of 2003 under announcement number 03992251) pursuant to Fed. R. Civ. P. 12(b)(1) and (6). The grounds for the motion to dismiss include that Plaintiff has failed to exhaust his administrative remedies and has otherwise failed to state a claim for relief.

In support of this motion, the Defendant respectfully refers this Court to the Memorandum of Points and Authorities in Support thereof.

Dated: March 15, 2006.

                         Respectfully submitted,

                                     /s/
                       _____
                       KENNETH L. WAINSTEIN, D.C. Bar # 451058
                       United States Attorney

                                     /s/
                       _____
                       R. CRAIG LAWRENCE, D.C. Bar # 171538
                       Assistant United States Attorney

                       _____/s/_____
                       MERCEDEH MOMENI
                       Assistant United States Attorney
                       555 4th St., NW
                       Washington, DC 20530
                       202/305-4851

*Of Counsel:*
Katharine Johnson
Office of the Principal Legal Advisor
Immigration and Customs Enforcement
Department of Homeland Security
425 I Street, N.W., Room 6100
Washington, D.C. 20536