IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAHIM A. MUHAMMAD, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, SECRETARY )<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, )<br>)<br>Defendant )<br>)<br>_____) | Civil Action No. 05-1365 (HHK) |

## DECLARATION OF JUDY MALTBY

I, Judy Maltby, make the following declaration in accordance with 28 U.S.C. §1746:

1. My position is Chief, EEO Complaints Program Management Office. My office maintains records of all EEO complaints filed by Federal Protective Service employees nationwide.

2. My records reveal that the Plaintiff, Rahim Muhammad, filed two formal complaints of discrimination, Agency Case No: 01-NCR-WP-RAM-19 and Agency Case No. 04-NCR-DHS-RAM-1.

3. With respect to Agency Case No: 01-NCR-WP-RAM-19, the Plaintiff contacted the EEO Office on January 24, 2001, and alleged that he was harassed on a continuous basis from May 2000 to January 2001 by his immediate supervisor, Leslyn Erikson, then Chief of the Training Section. He raised 11 incidents of alleged discrimination, consisting of comments and monitoring of his time and attendance. Muhammad filed a formal complaint on March 6, 2001.

The 11 issues were accepted for investigation on April 11, 2001. The Plaintiff withdrew his complaint on April 24, 2001 before the investigation.

4. With respect to Agency Case No. 04-NCR-DHS-RAM-1, the Plaintiff contacted the EEO Office on September 11, 2003, alleging discrimination based on race and reprisal. He filed a formal complaint on October 9, 2003. On November 5, 2003, the Agency accepted 4 issues for investigation and dismissed 3 issues. On May 3, 2004, the Plaintiff requested a hearing. On January 26, 2005, the EEOC issued an acknowledgement order. On June 10, 2005, the EEOC issued an order of dismissal. On July 29, 2005, the Department of Homeland Security issued a final agency decision.

5. My records also contain a settlement agreement for Agency Informal Case No. GSAAR1220010047. The agreement reveals that in approximately August of 2001, the Plaintiff contacted the EEO Office alleging that his immediate supervisor, Leslyn Erickson, harassed him based on race and religion when she made comments of a racial nature on August 16 and August 21, 2001. The settlement agreement was reached during the informal stage and was signed in January/February of 2002. No formal complaint was filed.

6. I have no record of any other complaints filed by the Plaintiff from January 2001 to the present. Mr. Muhammad did not file any complaints after October of 2003, alleging further discrimination or constructive discharge.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on  8 March 06

JUDY MALTBY