

GSA National Capital Region

April 26, 2004

Mr. James L. Kestell
209 Micvale Street
Falls Church, VA 22046-3510

Ref: Case Number 04-NCR-DHS-RAM-1

Dear Mr. Muhammad:

In accordance with the Equal Employment Opportunity Commission (EEOC) regulations, the investigation has been completed pursuant to 29 CFR 1614 on the claim raised in your client's complaint of discrimination filed against the Federal Protective Service, Department of Homeland Security, on October 9, 2003, which is referenced above. This file is for your review, which includes a summary of the issues and delineates the evidence. As such, this is the Department of Homeland Security's Notice of Right to a Final Action on this complaint.

**The contents of this file should not be disclosed to anyone except an authorized representative.** Disclosure of information about other individuals mentioned in the report may constitute an unwarranted invasion of privacy. You are, therefore, cautioned that disclosures not consistent with the Privacy Act of 1974, can expose the agency to civil liability and the individual making the unauthorized disclosure to criminal penalties.

At this stage of the process under Part 1614, the complainant has the right to request a hearing before an Equal Employment Opportunity Commission (EEOC) Administrative Judge (AJ), or an immediate final agency decision without a hearing. If you request a final agency decision without a hearing, your request must be in writing and submitted within 30 calendar days upon your receipt of this notice, to:

> U.S. Immigration and Customs Enforcement
> EEO Complaints Program Management Office – Twin Cities
> Attn: Ms. Judy S. Maltby, Chief
> Federal Building, Room G-56C
> 1 Federal Drive
> Ft. Snelling, MN  55111-4007

If you request a hearing before an EEOC Administrative Judge, you must send your hearing request directly to the EEOC field office. Your request must be in writing and

-2-

submitted within 30 calendar days upon your receipt of this notice. Your request must be sent to the Washington Field Office, EEOC, 1400 L Street, NW., Suite 200, Washington, DC 20005.

If you request a hearing before an EEOC Administrative Judge, you must also certify to the EEOC field office that you sent a copy of your request for a hearing to the agency. Your copy to the agency should be sent to U.S. Immigration and Customs Enforcement EEO Complaints Program Management Office – Twin Cities, Attn: Ms. Judy S. Maltby, Chief, Federal Building, Room G-56C, 1 Federal Drive, Ft. Snelling, MN 55111-4007.

When you request a hearing, you are expected to proceed without delay in presenting your complaint before the assigned EEOC AJ. Therefore, you should begin preparing a list of proposed witnesses, with a summary of the testimony you believe each will present at the hearing. The AJ will request this list after being assigned the case. Failure to pursue the complaint in a timely fashion may be grounds for the AJ to dismiss your case.

**You may use the enclosed hearing request form if you elect an EEOC hearing.**

You may appeal a final decision to the EEOC. An appeal to the EEOC must be postmarked or, absent a postmark, received by the Commission **within 30 calendar days from the day you receive the final decision.** The 30-day period for filing a Notice of Appeal begins to run on the day after you receive the final decision. However, if the complainant is represented by an attorney, the 30-day time frame begins to run on the day after the attorney receives the final decision. Any statement or brief in support of an appeal may be submitted to the Commission, with copies to the agency, within 30 calendar days from the date the appeal is filed. You must certify the date and method by which service was made on the agency regarding any appeal filed with the Commission. Appeals must be filed by completing EEOC Form 573, and on a separate sheet attached to the form, as indicated in item 9 of the form, you must indicate what it is you are appealing and why. In addition, appeals to the Commission should be mailed to Equal Employment Opportunity Commission, Office of Federal Operations, P.O. Box 19848, Washington, DC 20036. As an alternative to mailing, appeals may be hand-delivered to Equal Employment Opportunity Commission, Office of Federal Operations, 1801 L Street, NW., Washington, DC 20507. As a further alternative, appeals may be sent by fax to (202) 663-7022.

You may file a civil action in the appropriate Federal district court in any of the following situations: **However, the filing of a civil action terminates the administrative processing of your complaint.**

-3-

a. Within **ninety (90) days** of receipt of a final action on an individual or class complaint if no appeal has been filed.
b. After **180 days** from the date of filing an individual or class complaint if an appeal has not been filed and a final action has not been taken.
c. Within **90 days** of receipt of the Commission's final decision on appeal, or
d. After **180 days** from the date of the filing of an appeal with the Commission if there has been no final decision by the Commission.

Please note that if you file a civil action, you must name the appropriate agency head as the defendant. Failure to name the head of the agency may result in loss of any judicial redress to which you may be entitled. The current head of the Department of Homeland Security is the Honorable Thomas J. Ridge, Secretary.

This memorandum also serves to notify you of the transfer of the administrative processing of this formal complaint to U.S. Immigration and Customs Enforcement (ICE). Please direct all future correspondence regarding the processing of the above captioned complaint to the following office:

> U. S. Immigration and Customs Enforcement
> EEO Complaints Program Management Office – Twin Cities
> Attn: Judy S. Maltby, Chief
> Federal Building, Room G 56-C
> 1 Federal Drive
> Ft. Snelling MN 55111
> Telephone: 612-467-7029

Sincerely,

*Avis B. Johnson*

Avis B. Johnson
EEO Officer

Enclosure

cc:   Rahim A Muhammad, Complainant
      Katherine Johnson, Agency Representative
      Carmen Walker, EEO Officer, Homeland Security
      Regina Budd (AK)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington Field Office 1400 L Street, N.W., Suite 200

Washington, D.C. 20005
(202) 275-7377
TTY (202) 275-7518
FAX (202) 275-6834 & 0025

**HEARING REQUEST COVER SHEET**

*Complainants should submit this completed form, along with their hearing request, to the EEOC at the above address, when requesting a hearing before an EEOC Administrative Judge*

**COMPLAINANT**   **COMPLAINANT'S REP** (if any)   **AGENCY** (EEO Office, or Agency representative, if known)

Name: _____   Name: _____   Name: _____

Address: _____   Address: _____   Address: _____

Phone: _____   Phone: _____   Phone: _____
FAX: _____   FAX: _____   FAX: _____
E-mail: _____   E-mail: _____   E-mail: _____

| CLAIMS (e.g., Benefit, Constructive Discharge, Discharge, Discipline, Harassment (general), Harassment (sexual), Hiring, Promotion, Training, Terms/Conditions, Wages) | DATE(S) OF VIOLATION | BASES OF ALLEGED DISCRIMINATION (e.g., race, color, national origin, sex, religion, disability, age, retaliation) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| RELATED PENDING CASE(S) (if any) | | | Status (e.g., informal, under investigation, hearing requested, appeal filed on agency dismissal) |
|---|---|---|---|
| EEOC Case No. | Agency Case No. | Assigned EEOC Judge (if any) | |
| | | | |

Date of Hearing Request: _____   Date of Formal Complaint: _____

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington Field Office** 1400 L Street, N.W., Suite 200

Washington, D.C. 20005
(202) 275-7377
TTY (202) 275-7518
FAX (202) 275-6834 & 0025

Signature of Complainant or Complainant's representative: _____  Date: _____

GENERAL SERVICES ADMINISTRATION
NATIONAL CAPITAL REGION
REQUEST FOR AN EEOC HEARING

DATE:_____

EEOC Hearing Unit
Equal Employment Opportunity Commission
Washington Field Office, Suite 200
1400 L Street, NW.
Washington, DC 20005

Dear Sir/Madam:

I am requesting the appointment of an Equal Employment Opportunity Commission Administrative Judge pursuant to 29 C.F.R. & 1614.108(g). I hereby certify that either more than 180 days have passed from the date I filed my complaint or I have received a notice from the agency that I have thirty (30) days to elect a hearing or a final agency decision.

My Name: _____

Agency: _____

Head of Agency: _____

Address: _____

_____

GSA Case No: _____

**In accordance with section 1614.108(g), I hereby certify that I have sent a copy of this request for a hearing to the following person at the agency:**

U.S. Immigration and Customs Enforcement
**EEO Cpmplaints Program Management Office - Twin Cities
Attn: Ms. Judy S. Maltby, Chief
Federal Building, Room G-56C
1 Federal Drive
Ft. Snelling, MN 55111-4007**

**I understand that if I have not provided the agency with a copy of my request for a hearing, this request will have no effect and an Administrative Judge will not be appointed; or if appointed, the Administrative Judge will place my request into a inactive docket until such time as I inform the agency of my request for a hearing.**

Sincerely,