*Mailed to FPS on 5/10/04*

GENERAL SERVICES ADMINISTRATION
NATIONAL CAPITAL REGION
REQUEST FOR AN EEOC HEARING

DATE: May 3, 2004

EEOC Hearing Unit
Equal Employment Opportunity Commission
Washington Field Office, Suite 200
1400 L Street, NW.
Washington, DC 20005

Dear Sir/Madam:

I am requesting the appointment of an Equal Employment Opportunity Commission Administrative Judge pursuant to 29 C.F.R. & 1614.108(g). I hereby certify that either more than 180 days have passed from the date I filed my complaint or I have received a notice from the agency that I have thirty (30) days to elect a hearing or a final agency decision.

My Name: Rahim Ali Muhammad

Agency: Federal Protective Service, Dept of Homeland Security

Head of Agency: Honorable Thomas J. Ridge, Secretary

Address: Dept of Homeland Security, Washington D.C.
U.S. Immigrations and Customs Enforcement, FPS

GSA Case No: 04-NCR-DHS-RAM-1

In accordance with section 1614.108(g), I hereby certify that I have sent a copy of this request for a hearing to the following person at the agency:

U.S. Immigration and Customs Enforcement
EEO Cpmplaints Program Management Office - Twin Cities
Attn: Ms. Judy S. Maltby, Chief
Federal Building, Room G-56C
1 Federal Drive
Ft. Snelling, MN 55111-4007

I understand that if I have not provided the agency with a copy of my request for a hearing, this request will have no effect and an Administrative Judge will not be appointed; or if appointed, the Administrative Judge will place my request into a inactive docket until such time as I inform the agency of my request for a hearing.

Sincerely,

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington Field Office** 1400 L Street, N.W., Suite 200

Washington, D.C. 20005
(202) 275-7377
TTY (202) 275-7518
FAX (202) 275-6834 & 0025

Signature of Complainant or Complainant's representative: *Rahim Ali Muhammad*   Date: 5-3-2004

I, Rahim A. Muhammad, and Appointed Counsel, Mr. James L. Kestell, do Hereby, Requesting the Appointment of an EEO Commission Administrative Judge pursuant to 29 C.F.R. § 1614.108(g). I have sent a copy of my request for a hearing to the Agency.

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Washington Field Office 1400 L Street, N.W., Suite 200

Washington, D.C. 20005
(202) 275-7377
TTY (202) 275-7518
FAX (202) 275-6834 & 0025

## HEARING REQUEST COVER SHEET

*Complainants should submit this completed form, along with their hearing request, to the EEOC at the above address, when requesting a hearing before an EEOC Administrative Judge*

RECEIVED-INS-EEO
04 MAY -6 PM 2:37

| COMPLAINANT | COMPLAINANT'S REP (if any) | AGENCY (EEO Office, or Agency representative, if known) |
|---|---|---|
| Name: RAHIM ALI MUHAMMAD | Name: JAMES L. KESTELL | Name: |
| Address: 9301 GWYNNDALE COURT CLINTON, MARYLAND 20735 | Address: 209 MIDVALE STREET FALLS CHURCH, VA 22046-3510 | Address: |
| Phone: 703-235-6131 | Phone: 703-237-2912 | Phone: |
| FAX: 301-248-7018 | FAX: 703-237-4321 | FAX: |
| E-mail: Rahim.Muhammad@DHS.GOV | E-mail: jkestell@cox.net | E-mail: |

| CLAIMS (e.g., Benefit, Constructive Discharge, Discharge, Discipline, Harassment (general), Harassment (sexual), Hiring, Promotion, Training, Terms/Conditions, Wages) | DATE(S) OF VIOLATION | BASES OF ALLEGED DISCRIMINATION (e.g., race, color, national origin, sex, religion, disability, age, retaliation) |
|---|---|---|
| PROMOTION, WAGES, COMPENSATORY AND/OR PUNITIVE DAMAGES, OR OTHER Remedies TO WHICH ENTITLED. | November 1, 2001 - PRESENT | RACE AND REPRISAL |

| RELATED PENDING CASE(S) (if any) | | | Status (e.g., informal, under investigation, hearing requested, appeal filed on agency dismissal) |
|---|---|---|---|
| EEOC Case No. | Agency Case No. | Assigned EEOC Judge (if any) | |
| | | | |

Date of Hearing Request: MAY 3, 2004      Date of Formal Complaint: October 7, 2003