*24 Hour Service*
*Maryland Office*



# Law Office
# Of
## Veronica G. Awkard
**(301) 773-4724 /773-4725 (Fax)**

**VIA FIRST CLASS MAIL**

Administrative Judge Richard Schneider              May 31, 2005
Equal Employment Opportunity Commission
1801 L. Street N.W., Suite 100
Washington, D.C. 20507

Katherine Johnson
Office of Principal Legal Advisor
Immigration & Customs Enforcement
425 I Street N.W., Room 6100
Department of Homeland Security
Washington, D.C.  20536

    Re: *Rahim A. Muhammad v. Department of Homeland Security*,
        EEOC Case No. 100-2005-00283X
        Agency Case No. 04-NCR-DHS-RAM-1

Dear Judge Schneider and Attorney Johnson:

    This is notice that Mr. Muhammad has retained us to represent him in an action against the Department of Homeland Security. *See* attached.

    At this juncture, Mr. Muhammad is withdrawing his complaint before the EEOC, and is filing a discrimination action against the Agency in the U.S. District Court in the District of Columbia.

    If you have any questions, please call Ms. Awkard directly,

                                        Sincerely,

                                        Veronica G. Awkard

cc: Rahim A. Muhammad
    9301 Gwynndale Court
    Clinton, Maryland  20735

*6490 Landover Road, Suite A, Landover, Maryland 20785*
*(mail address only)*

# DESIGNATION OF REPRESENTATION

I, _Rahim A. Muhammad_, hereby designate the law firm of Veronica G. Awkard, 6490 Landover Road, Suite A, Landover, MD 20785, 301-773-4724, to represent me in connection with my claims against _U.S. Department of Homeland Security_.

Date: _5-25-2005_            Name: _[signature]_