IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAHIM A. MUHAMMAD,  )<br>  )<br>Plaintiff  )<br>  )<br>v.  )<br>  )<br>MICHAEL CHERTOFF, SECRETARY  )<br>UNITED STATES DEPARTMENT OF  )<br>HOMELAND SECURITY,  )<br>  )<br>Defendant  )<br>  ) | Civil Action No. 05-1365 (HHK) |

## DECLARATION OF JOAN SLOUS

I, Joan Slous, make the following declaration in accordance with 28 U.S.C. §1746:

1. I am the Deputy Chief, Customs and Administrative Law Division, Office of the Principal Legal Advisor ("OPLA"), Immigration and Customs Enforcement.

2. I receive all Merit Systems Protection Board ("MSPB") acknowledgement orders for appeals filed by Federal Protective Service employees. All MSPB cases are assigned to an OPLA attorney in my division and entered into tracking system.

3. From 2004 to the present, I never received an acknowledgement order for an appeal filed by Rahim Muhammad. There is no record of an MSPB appeal from Muhammad in our tracking system.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on 3/07/06

JOAN SLOUS