RAHIM A. MUHAMMAD
Acting as own representative

9301 Gwynndale Court
Clinton, MD. 20735
(301) 868-3406
(Fax) 301-248-7018

| | | |
|---|---|---|
| Rahim A. Muhammad | ) | EEOC No. 100-2005-00283X |
| Complainant | ) | Agency No. 04-NCR-DHS-RAM-1 |
| | ) | |
| v. | ) | |
| | ) | |
| Stephen A. Perry | ) | |
| Administrator | ) | |
| General Services Administration | ) | |
| Agency | ) | |
| Defendant | ) | |
| | ) | Date: February 9, 2005 |

## COMPLAINT

COMES NOW the Complainant , Rahim A. Muhammad , by personal

representation , and files this Complaint against the Defendant on the

grounds and in the amount hereinafter alleged:

1.   The Complainant , Rahim Muhammad , is an African American

male , a citizen of the United States and a resident of the State of

Maryland , and files this Complaint in his own right.

2.   The Defendant , General Services Administration is a Federal

agency of the United States Government , and is in the business of

providing Real Estate and Security Services to government offices.

3.   The cause of action complained of herein arose in the District of Columbia.

4.   Complainant was employed by the defendant from September 1996 until August 2004 , during which time he was promoted from the rank of officer to Inspector in the Federal Protective Service.

5.   Complainant resigned employment due to extreme stress , disparate treatment , and denial of career advancement opportunities.

6.   At the time of his resignation Complainant was ready and available to perform all of the responsibilities for which he was employed by the defendant.

7.   On information and belief , Complainant has been replaced by a non-African American employee.

8.    At the time of his resignation , Complainant was employed for forty (40) hours per week , at the hourly rate of $ 30.42 .

9.   Complainant filed charges of discrimination reprisal with the Equal Employment Commission and was issued a letter of acknowledgement by the EEOC Commission Administrative Judge.

10.   Defendant has regularly and continuously engaged in disparate treatment with regard to promotion and career opportunities against its employees.

11.   Defendant has regularly and continuously engaged in disparate treatment with regard to career merit appointments of its employees.

12.   By reason of the defendants conduct , Complainant has sustained monetary damages ongoing , differences in pay grade GS -12 , to GS -13 , for the time period which Complainant would have been selected.

13.   By reason of the defendants conduct , Complainant has suffered humiliation and emotional distress.

WHEREFORE , Rahim A. Muhammad respectfully request that this Hearing enter judgment against the defendant in the amount equal to the wages that he has lost , order the defendant to reinstate employment of Complainant at the grade GS – 13 , ( Area Security Manager ) with transfer , seven hundred ( 700 ) mile radius, and grant other such relief as is deemed just and proper .