IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAHIM A. MUHAMMAD,** | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 05-1365 (RMU) |
| | ) ECF |
| **MICHAEL CHERTOFF, SECRETARY** | ) |
| **UNITED STATES DEPARTMENT OF** | ) |
| **HOMELAND SECURITY,** | ) |
| Defendant | ) |

## ERRATA

Defendant, Michael Chertoff, Secretary of the Department of Homeland Security, by his undersigned attorney, the United States Attorney for the District of Columbia, hereby submits the following errata. Items number six, seven, and fifteen, attached to Defendant's Motion for Partial Dismissal, USDC Pacer, Document No. 12, were submitted in error. The attached exhibits should replace those items, now under seal. Defendant regrets any inconvenience caused by this replacement.

Respectfully submitted,

Dated: March 17, 2006.

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____/s/_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th St., NW
Washington, DC 20530
202/305-4851

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2006, I caused the foregoing *Errata* to be served on plaintiff's counsel, postage prepaid, addressed as follows as well as via the Court's ECF system:

**Veronica G. Awkard, Esq.**
**6490 Landover Road, Suite A**
**Landover, Maryland  20785**

                                              _____s/_____
                                              MERCEDEH MOMENI
                                              Assistant United States Attorney
                                              555 4th Street, NW
                                              Washington, DC 20530
                                              (202) 305-4851
                                              (202) 514-8780 (facsimile)