# FORMAL COMPLAINT OF DISCRIMINATION

*(Read information on the back of Copy 3 carefully before completing this form.)*

NOTE: IF YOU WISH TO FILE A FORMAL COMPLAINT OF DISCRIMINATION BASED ON RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP, OR REPRISAL; COMPLETE THIS FORM.

## 1. COMPLAINANT INFORMATION

a. NAME (Last, First, MI): MUHAMMAD, RAHIM A.

b. HOME ADDRESS (Street, City, State, ZIP Code): 9301 GWYNNDALE COURT, CLINTON, MARYLAND 20735

c. HOME TELEPHONE NUMBER: (301) 868-3406

d. SOCIAL SECURITY NUMBER:

## 2. EMPLOYMENT INFORMATION

a. TYPE (Check one): ☐ GSA ☒ FEDERAL ☐ FORMER GSA ☐ NON-FEDERAL

b. NAME OF PROGRAM OFFICE: Dept of Homeland Security Federal Protective Service

c. OFFICE ADDRESS (Street, City, State, ZIP Code): 3rd + M Street Southeast Federal Center, Washington, D.C. 20407

d. OFFICE TELEPHONE NO.: (202) 619-9337

3. POSITION TITLE/SERIES/GRADE: INSPECTOR/GS-0080/12

## 4. CHECK BASIS(ES) YOU BELIEVE CAUSED THE DISCRIMINATION

| | Basis | (State type) |
|---|---|---|
| X | a. RACE | Black |
| | b. COLOR | |
| | c. RELIGION | |
| | d. NATIONAL ORIGIN | |
| RAM | e. SEX (Check appropriate boxes): ☐ FEMALE ☒ MALE ☐ EQUAL PAY ☐ SEXUAL HARASSMENT | |
| | f. HANDICAP (Check one): ☐ PHYSICAL (State type below) ☐ MENTAL (State type below) | |
| | g. AGE (State years) | DATE OF BIRTH |
| X | k. REPRISAL | |

GSA CR EEO OFFICE — RECEIVED 2003 OCT -9 P 1:16

5. DESCRIPTION OF DISCRIMINATION (Explain, briefly, how you believe you were discriminated against (that is, treated differently from other employees or applicants because of race, color, religion, sex, national origin, age, mental or physical handicap, or reprisal). If your complaint involves more than one allegation of discrimination: (1) list each allegation; (2) provide the date(s) of alleged discriminatory act(s); and (3) furnish specific factual information in support of each. Use additional blank sheets of paper, if necessary.

Sectional and Organizational staffing decisions continuously adversely impact me in agency competitive selections and staffing processes, as compared to those of non-protected group in the agency. Mr. Dean Hunter, Deputy Director FPS has been the selecting/evaluating official on all competitive processes for promotion in which I have been treated differently from those of white male counterparts in the organization.

6a. NAME OF EEO COUNSELOR: Ms Angie Noyes

6b. TELEPHONE NUMBER: (301) 537-6742

## 7. REPRESENTATION

a. NAME OF REPRESENTATIVE: N/A

b. TITLE (Attorney, Union, etc.):

c. TELEPHONE NUMBER: ( )

d. ADDRESS (Street, City, State, ZIP Code):

8. STATE REMEDY SOUGHT IN THIS COMPLAINT: Selection for Area Manager, Chief of Training Position, Mr. Hunter Disciplined if allegations are confirmed regarding disparaging treatment and racial language with white male subordinates

9a. SIGNATURE OF COMPLAINANT: [signature]

9b. DATE: 10-9-2003

## DO NOT WRITE BELOW THIS LINE (For Agency Use Only)

AGENCY DOCKET NUMBER: NCR-DHS-RAM-1

NAME OF COMPLAINANT: Rahim A. Muhammad

DELIVERED BY (Check one): ☐ MAIL (Include date of postmark) ☑ HAND DELIVERY ☐ OTHER (Specify)

DATE OF DELIVERY: 10-9-2003

SIGNATURE OF RECEIVING OFFICIAL: Kimberly L. Davis, EEO Assistant

DATE: 10/9/03

* RESUBMITTED WITH FORMAL COMPLAINT: 10/9/2003

STATEMENT OF DISCRIMINATION

September 11, 2003

I, Rahim A. Muhammad alleges that the Federal Protective Services, Department of Homeland Security has treated me disparately in discriminating against based on my race (Black) and reprisal when management:

1. On September 11, 2003, I was denied the opportunity to perform my duty as Acting Chief for the Training Division to attend meetings in the presumed absence of the Anthony Surbeck, Acting Chief, Training Division (Atch 1). I am the senior person within the Training Division and Mr. Surbeck chose Harold Miller (White), to attend the meeting. When Mr. Surbeck was questioned concerning my seniority to Mr. Miller, his response was I know. With this comment, I am lead to believe that Mr. Surbeck was influenced as to Mr. Miller's attendance to the supervisors' meeting.

2. On September 9, 2003, I made management (Joseph Trindal, Director of FPS) aware of my knowledge of Dean Hunter's action in extending an invitation to white male subordinates to attend a barbecue at his home, whereby I was advised that he made racial comments concerning FPS racial make-up. Mr. Trindal referred me to get my response from Dean Hunter. On September 9, 2003, I spoke with Dean Hunter regarding his alleged involvement in inviting subordinates, white males only to his home. His response was that he only invited one white male and that was Cornet. I was advised that one of the attendees were Martin Koski (white), Gregory Mazzie (white), and Jason Chilton (white). Also, Captain Elliott Grollman mentioned to me that he was made aware of the same invitation, and David Powderly witnessed Captain Grollman's statement. If this did occur, Mr. Hunter's actions were not that of an equal opportunist. DEROGATORY RACIAL LANGUAGE USED BY MR. HUNTER REGARDING BLACK MEMBERS OF FPS, AND WHITE NOT IN ENOUGH POSITIONS OF AUTHORITY, ACCORDING TO A WHITE MALE IN ATTENDANCE.

3. On September 8, 2003, I reviewed an email message (Atch 2 and 3), which indicated that I was not selected for the position of Area Security Manager, GS-0080-12, under announcement number 03992251 (Atch 4). The email message was sent to the FPS employees on September 5, 2003 from Dean Hunter addressing the selectees for the position of Area Security Manager. I previously inquired by message to Joseph Trindal, Director, FPS (Atch 5), regarding the Area Security Manager position. On September 9, 2003, Dean Hunter, advised me that I missed the cut off score by one point. I mentioned to Dean Hunter, that I trained 7 of the personnel that were identified on the selection list and questioned the selection process that was used for this position.

4. On August 5, 2003, I was refused the transfer into my competitive selected position of Physical Security Specialist (LESO), GS-0080-12, under announcement number 03991601 (Atch 6), which was effective July 27, 2003. I was advise my David Mahmoud that management wanted me to stay in the Training Division because there was a short of personnel and expertise for that

division. I believe that the refused transfer decision was influence by Dean Hunter. Also, I was singled out when Dean Hunter advised one of the HR staffers to place his name as my immediate supervisor on my Standard Form (SF) 50 (Atch 7). I was advised that his name was not identified on other LESOs SF 50, which was confirmed with Margaret Sills, Supervisor, Customer Service Branch. The supervisor for the FPS Central District was identified as Don Waldon. To date, I have not been transferred to my competitive selected position as Physical Security Specialist (LESO).

5. On July 15, 2003, I was notified by the Human Resources Division that I was not selected for the position of Physical Security Specialist, GS-0080-12, under announcement number 03992110 (Atch 8). I was advised by Paul Constable that I was the only candidate on the referral and Dean Hunter returned the referral to the Human Resources Division. I believed that Dean Hunter used some method to hire a white male on or about July 21, 2003, and the white male was hired at the GS-13 grade, when the position was announced at the GS-12 level

6. On May 12, 2003, I was denied the grade of GS-12 for the position of Physical Security Specialist, under announcement number 03991601 (Atch 6), until I had a meeting with Dave Mahmoud and Robert Holmes (Union President). After that meeting I was approved for the grade GS-12 for the Physical Security Specialist. I believed that Dean Hunter influenced the initial denial.

7. On or about February 14, 2003, I was removed from the Law Enforcement Bureau after being approved on or about January 25, 2003 by Patrick Moses and Commissioner Wendell Shingler to the rank of lieutenant with the Law Enforcement Bureau, which was endorsed by Earl Boyd. I also, had a pending FTO program that I was working on, whereby Dean Hunter advised Anthony Surbeck that my name was not to be annotated on that project (Atch 9).

Rahim A. Muhammad
Federal Protective Service

Attachments:
Emails
Announcement Nos: 03993351, 03991601 and 03992110
Standard Form 50, Promotion to GS-088012

Additional Incident:

September 12, 2003

On September 11, 2003 at 3:00 p.m., Dean Hunter denied me the opportunity to perform the duty as Acting Chief for the Training Division after he fired Anthony Surbeck as Acting Chief and assigned Harold Miller as Acting Chief, an employee who is junior in position and grade.

Rahim A. Muhammad

 Case 1:05-cv-01365-RMU-JMF Document 12 Filed 03/15/2006 Page 5 of 25

Anthony D. Surbeck
08/21/2003 01:40 PM

To: Don T. Waldon/WPS/RW/GSA/GOV@GSA, Wellington W. Waters/WPS/RW/GSA/GOV@GSA, Paul D. Constable/WPS/RW/GSA/GOV@GSA, Ronald A. Blocker/WPS/RW/GSA/GOV@GSA, Maybelle P. Hallman/WPS/RW/GSA/GOV@GSA, Mary F. Burnette/WPS/RW/GSA/GOV@GSA, Earl M. Boyd/WPS/RW/GSA/GOV@GSA, David G. Powderly/WPS/RW/GSA/GOV@GSA, William V. Johnson/WPS/RW/GSA/GOV@GSA, Clarke Dungee/WPS/RW/GSA/GOV@GSA, Shirley E. Crawford/WPS/RW/GSA/GOV@GSA, Rahim Ali Muhammad/WPS/RW/GSA/GOV@GSA, Harold L. Miller/WPS/RW/GSA/GOV@GSA
cc: Dave Mahmoud/WPS/RW/GSA/GOV@GSA, Michelle C. Keaton-Bryan/WPS/RW/GSA/GOV@GSA, Joseph W. Trindal/WPS/RW/GSA/GOV@GSA, Dean S. Hunter/WPS/RW/GSA/GOV@GSA
Subject: Delegation of Authority

I will be out of the office for training in Baltimore, MD from August 25-August 29. In my absence, Inspector Rahim Muhammad, will be acting as the Training Chief.

If you have any questions or concerns Inspector Muhammad can be reached on 690-8960.

**Anthony D. Surbeck**
**Regional Training Officer**
**National Capital Region**
**Federal Protective Service**
**Bureau of Immigration and Customs Enforcement**
**Department of Homeland Security**
**202.690.3941**

**Excellence is a Conscious Choice**



Case 1:05-cv-01365-RMU-JMF Document 12 Filed 03/15/2006 Page 6 of 25

Dean S. Hunter
09/05/2003 08:41 AM

To: &FPS-WPS (A-K) Govt only RW, &FPS-WPS (L-Z) Govt Only RW
cc:
Subject: Area Commander Selections

On behalf of Joe Trindal and the entire Director's staff, I am pleased to announce that the following individuals have been selected as Area Commanders:

- Central (DC) District: Valerie Lee-Lloyd, Kenneth Davis, Maybelle Hallman, Ed Roberts
- Western (VA) District: Douglas Aldrich, Robert Domino
- Eastern (MD) District: Elliot Grollman, Jason Chilton
- Inspector (LESO) Program Manager: Gregory Mazzie

Please take time to congratulate these individuals and provide them with your continued support.

Greg, Ernie,

Please begin using the attached list to identify those persons below with the assigned Victor call-signs. Note that Victor 11 is left blank, and a name will be submitted at a later date for that call-sign.

All personnel who use the radio for transmission and reception should note the changes, also.

Dave

E. David Mahmoud
Chief, Support Services Branch
National Capital Region
Federal Protective Service
Department of Homeland Security
Bldg. 74, Southeast Federal Center, Room 227
Washington, DC 20407
Phone: (202) 401-4788
Fax (202) 692-3449

----- Forwarded by Dave Mahmoud/WPS/RW/GSA/GOV on 09/05/2003 11:03 AM -----

GSA

Gregory H. Mazzie
09/05/2003 08:20 AM

To: Dave Mahmoud/WPS/RW/GSA/GOV@GSA
cc:
Subject: Call Signs

Dave,

Per my conversation with Dean, this is how it should look.

| | | |
|---|---|---|
| Victor 1 | Joseph Trindal | Director, NCR |
| Victor 2 | Dean Hunter | Deputy Director, NCR |
| Victor 3 | Mary Burnette (Acting) | Chief, Threat Management Branch |
| Victor 4 | Paul Constable | District Director (Western District) |
| Victor 5 | Wellington Waters (Acting) | District Director (Central District) |
| Victor 6 | Earl Boyd | District Director (Eastern District) |
| Victor 7 | Gregory Mazzie | Inspections Program Manager (Threat Management Branch) |
| Victor 8 | Kenneth Davis | Area Commander (Central District) |
| Victor 9 | Valerie Lee-Lloyd | Area Commander (Central District) |
| Victor 10 | Maybelle Hallman | Area Commander (Central District) |
| Victor 11 | | Area Commander (Central District) |
| Victor 12 | Richard Bray | Area Commander (Western District) |
| Victor 13 | Robert Domino | Area Commander (Western District) |
| Victor 14 | Douglas Aldrich | Area Commander (Western District) |
| Victor 15 | Bradley Fitzgerald | Area Commander (Eastern District) |
| Victor 16 | Jason Chilton | Area Commander (Eastern District) |
| Victor 17 | Elliot Grollman | Area Commander (Eastern District) |
| Victor 18 | Ed Roberts | Area Commander (DHS Headquarters) |

Gregory H. Mazzie
Inspections Program Manager



**Rahim Ali Muhammad**
08/27/2003 03:09 PM

To: Joseph W. Trindal/WPS/RW/GSA/GOV@GSA
cc: Dave Mahmoud/WPS/RW/GSA/GOV@GSA
Subject: Selection Process for Announcement # 03992251 Supervisory Physical Security Area Managers

Director, Mr. Joseph W. Trindal , Sir,

It is in the spirit of professionalism, as to the integrity of my commitment to our agency that I ask respectfully, (1) Has the decision on the selection of those persons competing for Area Manager positions been made officially, and (2), if not, will there be a Board panel process as with that for LESO positions.

I'm on that list, and have not yet recieved such notification from personnel to my selection or non-selection. I have advised my chain, Chief Mahmoud, and have requested a meeting with you through the secretary. I thank you in advance for your consideration of my inquiry.

Thanks,

Rahim A. Muhammad, Inspector
Acting Chief, Training Academy
Federal Protective Service
Department of Homeland Security
National Capital Region

Case 1:05-cv-01365-RMU-JMF Document 12 Filed 03/15/2006 Page 9 of 25

## Vacancy Information

| | |
|---|---|
| Announcement Number: | 03992251 |
| Vacancy Description: | Supervisory Physical Security Specialist (Area Security Mgr) |
| Open Period: | 05/09/2003 - 05/22/2003 |
| Series/Grade: | GS-0080E-12/13 |
| Salary: | $61,810.00 TO $80,388.00 |
| Promotion Potential: | GS-13 |
| Hiring Agency: | GSA, Public Buildings Service |
| Duty Locations: | 8 vacancies in Washington DC Metro Area, DC |
| For more information, Contact: | Chuanda Johnson, 202-708-5333 chuanda.johnson@gsa.gov |

## Additional Information

Office Location: Department of Homeland Security (DHS), Federal Protective Service (FPS), Washington, D.C.

Position Title: Supervisory Physical Security Specialist (Area Commander), GS-080-12/13

Salary: $61,810 - $80,388

Area of Consideration:
This position is Open to Department of Homeland Security, Bureau of Immigration and Customs Enforcement, Federal Protective Service candidates only.

Bargaining Unit Status: None

This vacancy is being announced under a web-based hiring system. The system allows applicants to apply on-line for specific GSA vacancies by registering in the system, submitting a resume, and answering specific questions developed for the vacancy. These vacancy specific questions are based on an analysis of the job requirements.

The system also allows applicants to register for future vacancies for which they may have an interest.

Duties of the position:
The incumbent will serve as [redacted] (Security Manager)/Area Commander for a combined group of Law Enforcement and Security Officers (LESOs), Physical Security Specialist and a subordinate uniformed police force assigned to a designated District, with responsibility for the planning, operation and leadership of assigned security and enforcement activities. Serves as an advisor to the District Director in the management of the LESO/physical security staff and all uniformed police personnel in matters affecting related electronic security, crime prevention and enforcement operations. Monitors the effectiveness of assigned personnel in the delivery of services and develops, recommends and implements necessary program changes to meet Federal Protective Service (FPS) goals and objectives. Personally and/or [redacted] security assessment for the most complex and/or high risk buildings assigned to the inventory. Coordinates and conducts inspections of work sites for fulfillment of guard service and security installation and maintenance contracts; verifies post orders and reviews security systems installation and maintenance performed under contract to ensure that all protection specifications are met. Maintains liaison with local, state and Federal security officials and with various Property Managers and/or their designated staff to ensure effective coordination of physical security issues in Federally-owned and leased space, including the integration, installation, maintenance and tenant agency awareness of differing electronic security systems and specifications. Interacts with local, state and Federal law enforcement officials to ensure that effective exchange of accurate crime data and related information, and to plan and coordinate activities related to physical security programs. Plans the work of subordinate uniformed supervisors and officers [redacted] protection/security schedules and [redacted] and priority situations, determines areas of assignment [redacted] in the organization of police work to achieve efficient and economical protection/security operations established by the [redacted] performs duties as a law enforcement official under Title 40 of the United States Code, Section 318, authorized to carry [redacted] arrests. Reviews follow-up investigations conducted by subordinate in their capacity as law enforcement officials; reviews investigative incident reports and other data to ensure accuracy, adequacy and adherence to established procedures. Preserves the peace, prevents crimes, arrests offenders and provides police assistance during emergency and/or life threatening situations. Supervises a groups of subordinate Law Enforcement and Security Officer, Physical Security Specialists and uniformed police personnel assigned to the District.

Qualification Requirements:
In order to be considered qualified, applicants must demonstrate, in their resume and responses to questions, at least one year of specialized experience equivalent to the next lower grade.

Specialized Experience:
Is experience that equipped the applicant with the particular knowledge, skills, and abilities to perform successfully the duties of the position, and that is typically in or related to the work of the position to be filled.

Specialized experience that demonstrates the particular knowledge to perform successfully the duties of this position would be knowledge of law enforcement/security concepts, principles and practices.

TIME-IN-GRADE REQUIREMENT:
Applicant must have served 52 weeks at the GS-11 (or higher) grade level for the GS-12 and must have served 52 weeks at the GS-12 (or higher) grade level for the GS-13.

Applicants must meet all qualification and eligibility requirements for the position advertised within 30 days of the closing date of the announcement.

Applicants will be rated on the extent and quality of experience, education, and training relevant to the duties of the position. Eligible applicants [illegible] numerical [illegible] based on their responses to the application questions for this position submitted [illegible] via GSAJobs (QuickHire). These responses must be substantiated by the resume submitted. Applicants who do not respond to the application questions may be rated ineligible.

Conditions of Employment:
This position is determined to have a Public Trust Level of Moderate, Level 5C, based on the requirement to enter secured areas and/or review secure information in connection with physical security surveys and law enforcement activities, and per ADM P 9732.1C., and is subject to investigation and favorable adjudication.

This position is a noncritical sensitive national security position. To work in this position, you must undergo a security investigation and receive national security clearance (Secret or Confidential) from the GSA security office. Incumbent must obtain and maintain a Secret Clearance and successfully pass the requisite background investigation.

This position is subject to periodic and random drug testing, based on the requirement to obtain and maintain 318 authority.

The incumbent must successfully complete the designated medical testing requirements; required training, and other in-service requirements and weapons qualification for the enforcement of police powers as conferred under 318 authority, including the FPS Leadership Academy and requisite test.

Must complete additional FPS established training and external leadership courses for this position.

Must qualify semi-annually (or as current policy dictates) in the use of all assigned firearms.

Must be available for recurring travel.

Must maintain a valid driver's license in the state or district of residence.

Must certify availability for geographic relocation/reassignment under the terms of a formal agency mobility agreement.

Additional Information:
If you are currently and DHS, FPS who has received a Reduction in Force (RIF) separation notice or a Certificate of Expected Separation you may be entitled to special priority selection under GSA's Agency Career Transition Assistance Program (CTAP). To receive this priority you must submit the required information outlined in the Supplemental Application Material section of this vacancy announcement. Further information on CTAP can be viewed at http://www.opm.gov/ctap/index.htm.

This is a supervisory/managerial position. Applicants selected for supervisory or managerial positions that have not previously completed a supervisory or managerial probation period must complete a 1-year supervisory or managerial probationary period. If the selectee is a Federal employee, failure to complete the probationary period successfully can result in return to a former position, or to a position of no lower grade and pay than the one vacated for the supervisory or managerial position.

This vacancy announcement does not preclude filling this position by other means, such as new appointment from an Office of Personnel Management list of eligibles, Delegated Examining Unit list of eligibles, reassignment, transfer, reinstatement, or noncompetitive action.

GSA does not accept applications or application material that is received with Government-paid postage.

This position is Exempt from the Fair Labor Standards Act, as amended.

Application Procedures:
Applications submitted via GSAJobs (QuickHire) must be received before midnight Eastern Standard Time on the closing date of the announcement. No extensions will be granted. If you fail to submit a COMPLETE on-line resume, you WILL NOT be considered for this position. If applying on-line poses a hardship to any applicant, the servicing Human Resources Office listed on the announcement will provide assistance to ensure that applications are submitted on-line by the closing or cut-off date. Applicants MUST CONTACT the Servicing Human Resources Office PRIOR TO THE CLOSING DATE to speak to someone who can provide assistance for on-line submission.

Applicants who cannot apply on-line through GSAjobs (QuickHire) must contact the servicing Human Resources Office to request assistance before the closing date of the vacancy announcement. All applicants must respond to the questions listed on the vacancy announcement. Application material must be received by the closing date of the announcement. No exceptions.

Applicants claiming CTAP/ICTAP eligibility must submit proof that they meet the requirements of 5 CFR 330.605(a) for CTAP and 5 CFR 330.704 for ICTAP. This includes a copy of the agency notice, their most recent Performance Rating, and their most recent SF-50 notifying current position, grade level, and duty station. CTAP and ICTAP eligibles will be considered well qualified if they earn a minimum score of 85 (prior to the assignment of veteran's preference points). For more information on CTAP/ICTAP eligibility requirements, please visit the following site: http://www.opm.gov/ctap/index.htm.

All applicants must respond to the questions listed on the vacancy announcement. Application material must be received by the closing date stated on the announcement. No exceptions.

Send all supplemental application material to the following Human Resources Office:

General Services Administration
National Capital Region
Human Resources Division
301 7th Street, SW., Room 1030
Washington, DC 20407

Chuanda Johnson
Telephone Number: (202) 708-5333
Fax Number: (202) 708-5377

ALL APPLICANTS FOR FEDERAL EMPLOYMENT RECEIVES CONSIDERATION WITHOUT REGARD TO RACE, RELIGION, COLOR, NATIONAL ORIGIN, SEX, POLITICAL AFFILIATION, AGE (WITH AUTHORIZED EXCEPTIONS) OR ANY OTHER NONMERIT FACTOR.

QuickHire
Evaluate the people, not the paper.

Questions, Comments or Feedback can be directed to GSAjobs@gsa.gov
QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.





Case 1:05-cv-01365-RMU-JMF Document 12 Filed 03/15/2006 Page 13 of 25

Rahim Ali Muhammad
08/27/2003 03:09 PM

To: Joseph W. Trindal/WPS/RW/GSA/GOV@GSA
cc: Dave Mahmoud/WPS/RW/GSA/GOV@GSA
Subject: Selection Process for Announcement # 03992251 Supervisory Physical Security Area Managers

Director, Mr. Joseph W. Trindal, Sir,

It is in the spirit of professionalism, as to the integrity of my commitment to our agency that I ask respectfully, (1) Has the decision on the selection of those persons competing for Area Manager positions been made officially, and (2), if not, will there be a Board panel process as with that for LESO positions.

I'm on that list, and have not yet recieved such notification from personnel to my selection or non-selection. I have advised my chain, Chief Mahmoud, and have requested a meeting with you through the secretary. I thank you in advance for your consideration of my inquiry.

Thanks,

Rahim A. Muhammad, Inspector
Acting Chief, Training Academy
Federal Protective Service
Department of Homeland Security
National Capital Region

Case 1:05-cv-01365-RMU-JMF Document 12 Filed 03/15/2006 Page 14 of 25

ATCH 6

# Vacancy Information

| | |
|---|---|
| Announcement Number: | 03991601 |
| Vacancy Description: | Physical Security Specialist |
| Open Period: | 02/07/2003 - 02/21/2003 |
| Series/Grade: | GS-0080Z-09/12 |
| Salary: | $47,595.00 TO $80,353.00 |
| Promotion Potential: | GS-12 |
| Hiring Agency: | GSA, Public Buildings Service |
| Duty Locations: | 10 vacancies in Washington DC Metro Area, DC |
| For more information, Contact: | Glenda West, 202-708-5315 Glenda.West@gsa.gov |

## Additional Information

Office Location: National Capital Region (NCR), Federal Protective Service Division (FPSD, Security Bureau, Washington, D.C. (This position will be assigned to the Department of Homeland Security in 2003).

Position Title: Physical Security Specialist (LESO), GS-080-9/11/12 FPL: GS-12

Area of Consideration:
Candidates with Civil Service status, reinstatement eligibles, persons eligible for non-competitive appointment under Special Authorities, Disabled persons and 30% Disabled Veterans, preference eligibles or veterans who have been separated from the armed forces under honorable conditions after 3 years or more of continuous active service may apply.

Bargaining Unit Status: AFGE

This vacancy is being advertised concurrently with Announcement number 0399DE24, under both merit promotion and delegated examining unit procedures.In order to be considered under both procedures, applicants must apply separately under each announcement.

This vacancy is being announced using a web-based hiring system. The system allows applicants to apply on-line for specific GSA vacancies by registering in the system, submitting a resume, and answering specific questions developed for the vacancy. These vacancy specific questions are based on an analysis of the job requirements.

The system also allows applicants to register for future vacancies for which they may have an interest.

Duties of the position:
Exercises primary responsibility for the physical security program as it applies to the client agencies within the buildings assigned. Determines the security necessary for each building tenant, including the specific types of devices, systems, or services that would most effectively mitigate the risks identified. For Federally owned or leased buildings with complex physical security concerns, such as a large, multi-tenant, multi-story buildings with a high volume of public contact and tenant agencies that may include high-risk law enforcement and intelligence agencies, courts, judicial offices and highly sensitive government records, recommends the installation of multi-layered security systems which may involve personnel access controls, physical protection devices, monitoring equipment, security forces, remote alarm equipment, and other measures. Develops and promotes positive working relationships with customer agencies and client personnel, and maintains continuous liaison with top management officials of customer agencies, as well as similar relationships with GSA. Serves on Building Security committee(s), consisting of representatives from all of the Federal agencies occupying the building, whose role it is to evaluate the appropriate minimum standards developed for each type of Federal facility, and determine which of the minimum requirements need to be implemented at the facility, which of the optional or additional standards apply to the facility, and the feasibility of implementation. Conducts formal and informal training on office security, sexual assault, crime prevention, and Occupant Emergency Plans, tailoring educational programs to meet the physical security needs of assigned agencies. Conducts inspections of worksites for fulfillment of security systems contracts. Keeps current on the latest sate-of the-art physical security techniques, systems, devices and trends that are used throughout the industry such as magnetometers, x-ray screening devices, hydraulic vehicle barriers, access control and intrusion detection system, etc., and crime prevention trends such as office, home and personal security and workplace violence training for employee and supervisory personnel. Coordinates security and law enforcement needs with city, county and state officials for parking, traffic control and restrictions, as well as increased security, law enforcement, investigative and intelligence support from local, state and other Federal police, law enforcement and investigative agencies. On a regular and recurring basis, also performs duties as a law enforcement official under Title 40 of the United States Code, Section 318, authorized to carry firearms and make arrests. Works with the U.S. Marshals Service and other appropriate Federal, State and local law enforcement agencies on special detail, Federal court trials and in response to potentially violent or threatening demonstrations.

Qualification Requirements:
In order to be considered qualified, applicants must demonstrate, in their resume and responses to questions, at least one year of specialized experience equivalent to the GS-07 grade level for the GS-09, GS-09 grade level for the GS-11 and GS-11 grade level for the GS-12.

Education Requirements:
GS-09:
Master's or equivalent graduate degree or 2 full years of progressively higher level graduate education leading to such a degree or LL.B or J.D., if related.

GS-11:
Ph.D or equivalent doctoral degree or 3 full years of progressively higher level graduate education leading to such a degree or LL.M., if related.

Qualification Requirements:
In order to be considered qualified, applicants must demonstrate, in their resume and responses to questions, at least one year of specialized experience equivalent to the GS-07 grade level for the GS-09, GS-09 grade level for the GS-11 and GS-11 grade level for the GS-12.

Specialized Experience:
Is experience that equipped the applicant with the particular knowledge, skills, and abilities to perform successfully the duties of the position, and that is typically in or related to the work of the position to be filled.

Specialized experience that demonstrates the particular knowledge to perform successfully the duties of this position would be knowledge of law enforcement concepts, principles and practices.

Time-in-Grade Requirement:
Applicant must have served 52 weeks at the GS-07 (or higher) grade level for the GS-09, GS-09 (or higher) grade level for the GS-11, and GS-11 (or higher) grade level for the GS-12.

Applicants must meet all qualification and eligibility requirements for the position advertised within 30 days of the closing date of the announcement.

Applicants will be rated on the extent and quality of experience, education, and training relevant to the duties of the position. Eligible applicants will receive a numerical rating based on their responses to the application questions for this position submitted on-line via GSAJobs (QuickHire). These responses must be substantiated by the resume submitted. Applicants who do not respond to the application questions may be rated ineligible.

Conditions of Employment:
This position is subject to periodic and random drug testing, based on the requirement to obtain and maintain 318 authority. Must obtain and maintain a Secret clearance and successfully pass the requisite background investigation

Incumbent must be able to operate a Government-owned or leased motor vehicle. A valid State driver's license is required.

Must successfully complete the designated medical testing requirements; required training, and other in-service requirements and weapons qualification for the enforcement of police powers as conferred under 318 authority.

Must meet the established experience, basic training and in service training requirements established for the enforcement of police powers. Must satisfactory complete the FPS established training course for this position; must qualify semi-annually in the use of firearms; must be available for available for geographic relocation/reassignment, under the terms of a formal agency mobility agreement.

Employees hired after June 1, 2001, must certify availability for geographic relocation/reassignment under the terms of a formal agency mobility agreement.

Appointment to this position is contingent upon:
(a) Successful completion of a background investigation and ability to obtain and retain a secret security clearance; (b) providing a certified statement
that selectee has not been convicted of a misdemeanor crime of domestic

violence within the meaning of Title 18, United States Code, Section 922(g)(9); (c) Successful completion of an 8-week Basic Criminal Investigator Course at the Federal Law Enforcement Training Center in Glynco, GA, or previous completion of an approved Basic Criminal Investigator Course; (d) Applicants for this position must be physically fit an emotionally and mentally stable. (e) Applicants must meet appropriate medical standards. (f) This position requires moderate to arduous physical
exertion involving walking and standing, possible use of firearms, operating a vehicle and exposure to inclement weather.

Additional Information:
General Services Administration surplus or displaced employees requesting Special Selection Priority Consideration. If you are currently a GSA employee who has received a Reduction in Force (RIF) separation notice or a Certificate of Expected Separation you may be entitled to special priority selection under GSA's Agency Career Transition Assistance Program (CTAP). To receive this priority you must submit the required information outlined in the Supplemental Application Material section of this vacancy announcement. Further information on CTAP can be viewed at http://www.opm.gov/ctap/index.htm

This vacancy announcement does not preclude filling this position by other means, such as new appointment from an Office of Personnel Management list of eligibles, Delegated Examining Unit list of eligibles, reassignment, transfer, reinstatement, or noncompetitive action.

Application Procedures:
Applications submitted via GSAJobs (QuickHire) must be received before midnight Eastern Standard Time on the closing date of the announcement. No extensions will be granted. If you fail to submit a COMPLETE on-line resume, you WILL NOT be considered for this position. If applying on-line poses a hardship to any applicant, the servicing Human Resources Office listed on the announcement will provide assistance to ensure that applications are submitted on-line by the closing or cut-off date. Applicants MUST CONTACT the Servicing Human Resources Office PRIOR TO THE CLOSING DATE to speak to someone who can provide assistance for on-line submission.

Applicants who cannot apply on-line through GSAJobs (QuickHire) must contact the servicing Human Resources Office to request assistance before the closing date of the vacancy announcement. All applicants must respond to the questions listed on the vacancy announcement. Application material must be received by the closing date stated on the announcement. No exceptions.

Supplemental Application Material. Read the below instructions carefully, failure to submit applicable supplemental application material may result in no consideration for the position.

Supplemental Application Material must be received within 48 hours of the closing date of the vacancy announcement. No exceptions.

Unless otherwise stated on this announcement, all required supplemental application material must be received within 48 hours of the closing date of the announcement whichever is stated on the announcement (not including Saturdays, Sundays, or government holidays). This proof must be sent to either the contact address or fax number identified below and must include your name and the announcement number for which applying. Failure to follow the above instructions may result in your application not being considered.

All applicants must respond to the questions listed on the vacancy announcement. Application material must be received by the closing date stated on the announcement. No exceptions.

Applicants claiming CTAP/ICTAP eligibility must submit proof that they meet the requirements of 5 CFR 330.605(a) for CTAP and 5 CFR 330.704 for ICTAP.



Case 1:05-cv-01365-RMU-JMF Document 12 Filed 03/15/2006 Page 18 of 25

# Your application has been successfully transmitted!

Your application for announcement: 03991601 "Physical Security Specialist" has been received.

Please make sure that you have entered your resume. You will be disqualified from consideration if your resume has not been entered before this vacancy closes.

Please remember to send all supporting documentation to the HR office for proper consideration.

- ◉ I would like to return to the User Information page, where I can update my resume.
- ○ I would like a copy of the questions and my responses sent to my e -mail account.
- ○ I would like to return to the Vacancy Listing.
- ○ I would like to logout.

## Thank you for using GSA's Online Application!

QuickHire
Evaluate the people, not the paper.

Questions, Comments or Feedback can be directed to GSAjobs@gsa.gov

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

This includes a copy of the agency notice, their most recent Performance Rating, and their most recent SF-50 notifying current position, grade level, and duty station. CTAP and ICTAP eligibles will be considered well qualified if they earn a minimum score of 85 (prior to the assignment of veteran's preference points). For more information on CTAP/ICTAP eligibility requirements, please visit the following site: http://www.opm.gov/ctap/index.htm.

If you are applying under the Veteran's Employment Opportunity Act, provide a copy of your DD-214 (member 4 copy) and if applicable a copy of SF-15 with the requested supporting documentation or other proof of veteran's preference. Failure to provide this information may result in nonconsideration for this position.

If you are claiming 5-point preference, submit a DD-214 (member 4 copy) or other proof of veteran's preference.

If you are claiming veteran's preference based on a compensable, service-connected disability of 10 percent or more, you MUST submit a DD-214 (member 4 copy), SF-15, and a letter dated within the last 12 months from the Veterans Administration.

Additional information on veteran's preference is available in the Vet's Guide that can be found at http://www.opm.gov/veterans/html/vetguide.htm

Federal employees or applicants applying for reinstatement must submit a copy of their latest SF-50, Notification of Personnel Action, which shows current position, title, series and grade, position occupied and career tenure. Generally, SF-50's for awards do not contain this information.

Special Appointing Authorities: Applicants applying under a Special Appointment Authority are responsible to submit proof of eligibility for appointment. Information may be obtained at the following Office of Personnel Management web site http://www.usajobs.opm.gov/b1.htm

Send all supplemental application material to the following Human Resources Office:

Glenda West
Telephone Number: (202) 708-5315
Fax Number: (202) 708-5377

ALL APPLICANTS FOR FEDERAL EMPLOYMENT RECEIVE CONSIDERATION WITHOUT REGARD TO RACE, RELIGION, COLOR, NATIONAL ORIGIN, SEX, POLITICAL AFFILIATION, AGE (WITH AUTHORIZED EXCEPTIONS) OR ANY OTHER NONMERIT FACTOR.

QuickHire
Evaluate the people, not the paper.

Questions, Comments or Feedback can be directed to GSAjobs@gsa.gov

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| MUHAMMAD, RAHIM ALI | | 1952 | 07-27-2003 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 702 | Promotion |
| 5-C. Code | 5-D. Legal Authority |
| N3M | Reg 335.102 Comp |
| 5-E. Code | 5-F. Legal Authority |
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C. Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |
| | |

7. FROM: Position Title and Number
Training Instructor
WW28565 - 51

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 1712 | 11 | 04 | $53,298.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $47,275.00 | $6,023.00 | $53,298.00 | $0 |

14. Name and Location of Position's Organization
Border and Transportation Security
Bureau of Imm'n & Customs Enforcement
Federal Protective Service Division
Support Branch

15. TO: Position Title and Number
Physical Security Specialist (LESO)
WW0M101 - 8

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0080 | 12 | 01 | $61,810.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $61,810.00 | $0 | $61,810.00 | $0 |

22. Name and Location of Position's Organization
Border and Transportation Security
Bureau of Imm'n & Customs Enforcement
Federal Protective Service Division
Federal Triangle and Central District

**EMPLOYEE DATA**

23. Veterans Preference: 2
1 - None; 2 - 5-Point; 3 - 10-Point/Disability; 4 - 10-Point/Compensable; 5 - 10-Point/Other; 6 - 10-Point/Compensable/30%

24. Tenure: 1
0 - None; 1 - Permanent; 2 - Conditional; 3 - Indefinite

25. Agency Use:

26. Veterans Preference for RIF: X YES ☐ NO

27. FEGLI: W1 Basic + Option C (1x)

28. Annuitant Indicator: 3 Not Entitled

29. Pay Rate Determinant: 6

30. Retirement Plan: K - FERS and FICA

31. Service Comp. Date (Leave): 09-05-1991

32. Work Schedule: F Full-Time

33. Part-Time Hours Per Biweekly Pay Period:

**POSITION DATA**

34. Position Occupied: 1
1 - Competitive Service; 2 - Excepted Service; 3 - SES General; 4 - SES Career Reserved

35. FLSA Category: E
E - Exempt; N - Nonexempt

36. Appropriation Code:

37. Bargaining Unit Status: 0062

38. Duty Station Code: 110010001

39. Duty Station (City - County - State or Overseas Location): WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| WPSC | HS807 | 980D | 12.74 | Noncritical-Sensitive (NCS) National Security Risk |

45. Remarks

Selected from MP03991601 PBS- 152B, dated 15-MAY-2003.

Full performance level of employee's position is GS-12.

Your supervisor of record is Hunter, Dean S.

This position is subject to investigation and certification for a National Security Clearance from the Security Office.

46. Employing Department or Agency
Department of Homeland Security

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| HSBB | 1282 | 08-08-2003 |

50. Signature/Authentication and Title of Approving Official
Electronically Signed by: Frances L. Stephens
Deputy Director, Consolidated Processing Center

5-Part 50-316

Editions Prior to 7/91 Are Not Usable After 6/30/93



ATCH 8

GSA
U.S. General Services Administration

# Vacancy Information

GSA

Announcement Number: 03992110

Vacancy Description: Physical Security Specialist

Open Period: 03/24/2003 - 04/04/2003

Series/Grade: GS-0080Z-12/12

Salary: $61,810.00 TO $80,353.00

Promotion Potential: GS-12

Hiring Agency: GSA, Public Buildings Service

Duty Locations: 1 vacancy in Washington DC Metro Area, DC

For more information, Contact: Glenda West, 202-708-5315 Glenda.West@gsa.gov

## Additional Information

THIS POSITION AND THE APPLICANT SELECTED WILL BE TRANSFERRED TO THE DEPARTMENT OF HOMELAND SECURITY.

Office Location: National Capital Region (NCR), Federal Protective Service Division (FPSD), Central District (RRB), Washington, D.C.

Position Title: Physical Security Specialist, GS-080-12 FPL: GS-12

Area of Consideration:

Open to GSA Status Employees

Bargaining Unit Status: AFGE

This vacancy is being announced using a web-based hiring system. The system allows applicants to apply on-line for specific GSA vacancies by registering in the system, submitting a resume, and answering specific questions developed for the vacancy. These vacancy specific questions are based on an analysis of the job requirements.

The system also allows applicants to register for future vacancies for which they may have an interest.

Case 1:05-cv-01365-RMU-JMF Document 12 Filed 03/15/2006 Page 22 of 25

Duties of the position:
Exercises primary responsibility for the physical security program as it applies to the client agencies within the buildings assigned. Determines the security necessary for each building tenant, including the specific types of devices, systems, or services that would most effectively mitigate the risks identified. For Federally owned or leased buildings with complex physical security concerns, such as a large, multi-tenant, multi-story buildings with a high volume of public contact and tenant agencies that may include high-risk law enforcement and intelligence agencies, courts, judicial offices and highly sensitive government records, recommends the installation of multi-layered security systems which may involve personnel access controls, physical protection devices, monitoring equipment, security forces, remote alarm equipment, and other measures. Develops and promotes positive working relationships with customer agencies and client personnel, and maintains continuous liaison with top management officials of customer agencies, as well as similar relationships with GSA. Serves on Building Security committee(s), consisting of representatives from all of the Federal agencies occupying the building, whose role it is to evaluate the appropriate minimum standards developed for each type of Federal facility, and determine which of the minimum requirements need to be implemented at the facility, which of the optional or additional standards apply to the facility, and the feasibility of implementation. Conducts formal and informal training on office security, sexual assault, crime prevention, and Occupant Emergency Plans, tailoring educational programs to meet the physical security needs of assigned agencies. Conducts inspections of worksites for fulfillment of security systems contracts. Keeps current on the latest sate-of the-art physical security techniques, systems, devices and trends that are used throughout the industry such as magnetometers, x-ray screening devices, hydraulic vehicle barriers, access control and intrusion detection system, etc., and crime prevention trends such as office, home and personal security and workplace violence training for employee and supervisory personnel. Coordinates security and law enforcement needs with city, county and state officials for parking, traffic control and restrictions, as well as increased security, law enforcement, investigative and intelligence support from local, state and other Federal police, law enforcement and investigative agencies. On a regular and recurring basis, also performs duties as a law enforcement official under Title 40 of the United States Code, Section 318, authorized to carry firearms and make arrests. Works with the U.S. Marshals Service and other appropriate Federal, State and local law enforcement agencies on special detail, Federal court trials and in response to potentially violent or threatening demonstrations.

Qualification Requirements:
In order to be considered qualified, applicants must demonstrate, in their resume and responses to questions, at least one year of specialized experience equivalent to the GS-11 grade level.

Specialized Experience:
Is experience that equipped the applicant with the particular knowledge, skills, and abilities to perform successfully the duties of the position, and that is typically in or related to the work of the position to be filled.

Specialized experience that demonstrates the particular knowledge to perform successfully the duties of this position would be knowledge of law enforcement concepts, principles and practices.

Time-in-Grade Requirement:
Applicant must have served 52 weeks at the GS-11 (or higher) grade level.

Applicants must meet all qualification and eligibility requirements for the position advertised within 30 days of the closing date of the announcement.

Applicants will be rated on the extent and quality of experience relevant to the duties of the position. Eligible applicants will receive a numerical rating based on their responses to the application questions for this

position submitted on-line via GSAJobs (QuickHire). These responses must be
substantiated by the resume submitted. Applicants who do not respond to the
application questions may be rated ineligible.

Continued Employment is contingent upon:
1.  Obtaining and retaining the required level of security clearance.

2.  Maintaining a valid state driver's permit for a passenger vehicle
within the jurisdiction where duties are performed.

3.  Successful completion of all mandatory training required for this
position.

INCUMBENT SELECTED FOR THIS POSITION WILL BE SUBJECT TO RANDOM URINALYSIS
TESTING TO SCREEN FOR ILLEGAL DRUG USE; RETENTION IS CONTINGENT UPON
NEGATIVE DRUG TEST RESULTS, IF ADMINISTERED.

Additional Information:
General Services Administration surplus or displaced employees requesting
Special Selection Priority Consideration.  If you are currently a GSA
employee who has received a Reduction in Force (RIF) separation notice or a
Certificate of Expected Separation you may be entitled to special priority
selection under GSA's Agency Career Transition Assistance Program (CTAP).
To receive this priority you must submit the required information outlined
in the Supplemental Application Material section of this vacancy
announcement. Further information on CTAP can be viewed at
http://www.opm.gov/ctap/index.htm

Application Procedures:
Applications submitted via GSAJobs (QuickHire) must be received before
midnight Eastern Standard Time on the closing date of the announcement. No
extensions will be granted. If you fail to submit a COMPLETE on-line
resume, you WILL NOT be considered for this position. If applying on-line
poses a hardship to any applicant, the servicing Human Resources Office
listed on the announcement will provide assistance to ensure that
applications are submitted on-line by the closing or cut-off date.
Applicants MUST CONTACT the Servicing Human Resources Office PRIOR TO THE
CLOSING DATE to speak to someone who can provide assistance for on-line
submission.

Applicants who cannot apply on-line through GSAJobs (QuickHire) must
contact the servicing Human Resources Office to request assistance before
the closing date of the vacancy announcement. All applicants must respond
to the questions listed on the vacancy announcement. Application material
must be received by the closing date stated on the announcement. No
exceptions.

Supplemental Application Material. Read the below instructions carefully,
failure to submit applicable supplemental application material may result
in no consideration for the position.

Supplemental Application Material must be received within 48 hours of the
closing date of the vacancy announcement. No exceptions.

Unless otherwise stated on this announcement, all required supplemental
application material must be received within 48 hours of the closing date
of the announcement whichever is stated on the announcement (not including
Saturdays, Sundays, or government holidays). This proof must be sent to
either the contact address or fax number identified below and must include
your name and the announcement number for which applying. Failure to follow
the above instructions may result in your application not being considered.

All applicants must respond to the questions listed on the vacancy
announcement. Application material must be received by the closing date
stated on the announcement. No exceptions.

Applicants claiming CTAP/ICTAP eligibility must submit proof that they meet

the requirements of 5 CFR 330.605(a) for CTAP and 5 CFR 330.704 for ICTAP. This includes a copy of the agency notice, their most recent Performance Rating, and their most recent SF-50 notifying current position, grade level, and duty station. CTAP and ICTAP eligibles will be considered well qualified if they earn a minimum score of 85 (prior to the assignment of veteran's preference points). For more information on CTAP/ICTAP eligibility requirements, please visit the following site: http://www.opm.gov/ctap/index.htm.

Status applicants with career or career-conditional status eligibility must submit a copy of their most recent Notification of Personnel Action, SF-50, showing tenure group and promotion potential (if any); and most recent or last performance appraisal.

GSA does not accept applications or application material that is received with Government-paid postage.

This position is Exemp from the Fair Labor Standards Act, as amended.

Send all supplemental application material to the following Human Resources Office:

Glenda West
Telephone Number: (202) 708-5315
Fax Number: (202) 708-5377

ALL APPLICANTS FOR FEDERAL EMPLOYMENT RECEIVE CONSIDERATION WITHOUT REGARD TO RACE, RELIGION, COLOR, NATIONAL ORIGIN, SEX, POLITICAL AFFILIATION, AGE (WITH AUTHORIZED EXCEPTIONS) OR ANY OTHER NONMERIT FACTOR.

QuickHire
Evaluate the people, not the paper.

Questions, Comments or Feedback can be directed to GSAjobs@gsa.gov
QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

(ATCH 9) Case 1:05-cv-01365-RMU-JMF Document 12 Filed 03/15/2006 Page 25 of 25

Patrick D. Moses
02/18/2003 11:59 AM

To: Don T. Waldon/WPS/RW/GSA/GOV@GSA, Ronald A. Blocker/WPS/RW/GSA/GOV@GSA
cc: Rahim Ali Muhammad/WPS/RW/GSA/GOV@GSA, Richard A. Simms/WPS/RW/GSA/GOV@GSA
Subject: Transferring the FTO Program

Don,

Since we have transitioned into a district concept, the management of the FTO program belongs in the Threat Management Branch. Please have your Acting Area Commander, Richard Simms, transfer that function to Rahim Muhammad as soon as possible. Thanks,

Patrick