Rahim A. Muhammad
9301 Gwynndale Court, Clinton MD 20735
Phone: (301) 868-3406

August 30, 2004

Commander Robert L. Domino
Department of Homeland Security
Federal Protective Service
Western District , Virginia
6315 Bren Mar Drive, Virginia

Dear Commander Robert L. Domino
    District Director Paul D. Constable
    Chief Human Resource Earl Mahmoud
    Director Joseph W. Trindal

This letter is to formally notify you that I am resigning from the Federal Protective
Service, Department of Homeland Security. Effective August, 30, 2004, at the close of
business (1500 hours), will be my last day of employment. The tenure of my service has
become extremely stressful due to continual disparate treatment toward me.

Rahim A. Muhammad

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

Case 1:05-cv-01365-RMU-JMF     Document 12     Filed 03/15/2006     Page 2 of 2

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|---|---|
| MUHAMMAD, RAHIM ALI | | | | | 52 | 08/30/04 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 317 | RESIGNATION | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| RPM | REG 715.202 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| PHYSICAL SECURITY SPECIALIST (LESO) 040100136  FM1010 | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0080 | 12 | 02 | 72,153.00 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 65,594.00 | .00 | 65,594.00 | 6,559.00 | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| IMMIGRATION AND CUSTOMS ENFORCEMENT FEDERAL PROTECTIVE SERVICE / NCR WESTERN DISTRICT | |

### EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| 2 | 1 - None   3 - 10-Point/Disability   5 - 10-Point/Other<br>2 - 5-Point   4 - 10-Point/Compensable   6 - 10-Point/Compensable/30% | 1   0 - None   2 - Conditional<br>1 - Permanent  3 - Indefinite | | ☒ YES  ☐ NO |

| 27. FEGLI | | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|---|
| E1 | BASIC-IX FAMILY | 9   NOT APPLICABLE | 6 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K   FERS AND FICA | 09/05/91 | F   FULL TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1   1 - Competitive Service   3 - SES General<br>2 - Excepted Service   4 - SES Career Reserved | E   E - Exempt<br>N - Nonexempt | | 0062 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 51-0040-510 | ALEXANDERIA  ALEXANDERIA  VA |

| 40. AGENCY DATA | 41. SEX: M | 42. CITZ: 1 | 43. VET STAT: V | 44. ED LV: 13   YR: 96   INST PRG: 410204 |
|---|---|---|---|---|

45. Remarks

FORWARDING ADDRESS: 9301 GWYNDALE CT., CLINTON, MD 20735.

LUMP SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.

REASON FOR RESIGNATION: NO REASON GIVEN.

HEALTH BENEFITS COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NON-GROUP CONTRACT). YOU ARE ALSO ELIGIBLE FOR TEMP CONTINUATION OF YOUR FEHB COVERAGE FOR UP TO 18 MONTHS.

SF 2819 WAS PROVIDED. LIFE INSURANCE COVERAGE IS EXTENDED 31 DAYS DURING WHICH YOU ARE ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NON-GROUP CONTRACT).

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF HOMELAND SECURITY | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| HS BB | 1145 | 09/13/04 | PERSONNEL OFFICER |

3-Part   50-315

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237