**EXHIBIT 1**

# FORMAL COMPLAINT OF DISCRIMINATION
(Read information on the back of Copy 3 carefully before completing)

NOTE: IF YOU WISH TO FILE A FORMAL COMPLAINT OF DISCRIMINATION BASED ON RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP, OR REPRISAL; COMPLETE THIS FORM.

## 1. COMPLAINANT INFORMATION

a. NAME (Last, First, MI): MUHAMMAD, RAHIM A.
b. HOME ADDRESS: [redacted]
c. HOME TELEPHONE NUMBER: [redacted]
d. SOCIAL SECURITY NUMBER: [redacted]

## 2. EMPLOYMENT INFORMATION

a. TYPE (Check one):
- [ ] GSA
- [x] FEDERAL
- [ ] FORMER GSA
- [ ] NON-FEDERAL

b. NAME OF PROGRAM OFFICE: Dept of Homeland Security Federal Protective Service
c. OFFICE ADDRESS: 3rd & M Street Southeast Federal Center, Washington, D.C. 20407
d. OFFICE TELEPHONE NO.: (202) 619-9337

## 3. POSITION TITLE/SERIES/GRADE
Inspector/GS-0080/12

## 4. CHECK BASIS(ES) YOU BELIEVE CAUSED THE DISCRIMINATION

- [x] a. RACE (State type): Black
- [ ] b. COLOR
- [ ] c. RELIGION
- [ ] d. NATIONAL ORIGIN
- [x] e. SEX: [x] MALE  (RAM)
- [ ] EQUAL PAY
- [ ] SEXUAL HARASSMENT
- [ ] f. HANDICAP - PHYSICAL / MENTAL
- [ ] g. AGE
- [x] k. REPRISAL

Stamp: GSA NCR EEO OFFICE RECEIVED 2003 OCT -9 P [illegible]

## 5. DESCRIPTION OF DISCRIMINATION

Sectional and Organizational staffing decisions continuously adversely impact me in agency competitive selections and staffing processes, as compared to those of non-protected group in the agency. Mr. Dean Hunter, Deputy Director FPS has been the selecting/evaluating official on all competitive processes for promotion in which I have been treated differently from those of white male counterparts in the organization.

## 6.
a. NAME OF EEO COUNSELOR: Ms Angie Noyes
b. TELEPHONE NUMBER: (301) 537-6742

## 7. REPRESENTATION
a. NAME OF REPRESENTATIVE: N/A
b. TITLE:
c. TELEPHONE NUMBER:
d. ADDRESS:

## 8. STATE REMEDY SOUGHT IN THIS COMPLAINT
Selection for Area Manager, Chief of Training Position, Mr. Hunter Disciplined if allegations are confirmed regarding disparaging treatment and racial language with white male subordinates.

9a. SIGNATURE OF COMPLAINANT: [signed]
9b. DATE: 10-9-2003

---

DO NOT WRITE BELOW THIS LINE (For Agency Use Only)

AGENCY DOCKET NUMBER: 04-NCR-DHS-RAM-1
NAME OF COMPLAINANT: Rahim A. Muhammad
SIGNATURE OF RECEIVING OFFICIAL: Kimberly L. Norris, EEO Assistant

DELIVERED BY:
- [ ] MAIL
- [x] HAND DELIVERY
- [ ] OTHER

DATE OF DELIVERY: 10-9-2003
DATE: 10/9/03

GENERAL SERVICES ADMINISTRATION    1. REGIONAL EEO OFFICE    GSA FORM 3467 (Rev. 8-93)

**GSA**

GSA National Capital Region

November 5, 2003

<u>Certified Mail</u>
<u>Return Receipt Requested</u>

Mr. Rahim A. Muhammad

**Ref: Case Number 04-NCR-DHS-RAM-1**

Dear Mr. Muhammad:

On October 9, 2003, you were sent a letter acknowledging receipt of your formal Equal Employment Opportunity (EEO) discrimination complaint that was deemed filed on October 9, 2003, against the Federal Protective Service, Department of Homeland Security. You were also informed that your complaint was under review for acceptance or dismissal.

This letter is to provide you with the current status of your EEO complaint. Based on a review of the formal complaint and the Counselor's Report, it has been determined that your complaint will be **Partially Accepted and Partially Dismissed.** A copy of the Counselor's Report is enclosed.

The following claim(s) will be **Accepted** for formal investigation.

Your claim that you were subjected to a pattern of discriminated when you were subjected to disparate treatment based on your race (Black) and in reprisal for prior EEO activity when the following incidents occurred:

    1. On September 11, 2003, you were denied the opportunity to perform your duty as Acting Chief for the Training Division.

    2. On September 9, 2003, you informed management of your knowledge of derogatory racial comments, regarding Black members of FPS, made by Dean Hunter at his home during a barbeque in which white male subordinates, only, were invited.

    3. On September 8, 2003, you were notified by email that you were not selected for the position of Area Security Manager, GS-0080-12, under announcement number 03992251.


EXHIBIT 2

U.S. General Services Administration
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

    4. On August 5, 2003, you were refused a transfer into the position of Physical Security Specialist (LESO), GS-0080-12, in which you were competitively selected under announcement number 03991601.

If you believe the claim(s) in this complaint have not been correctly identified, please notify me, in writing, within five calendar days after your receipt of this letter, specifying why you believe that the claim(s) have not been correctly identified. If no response is received from you within the specified timeframe, the accepted claim(s) will be forwarded for formal investigation.

The following claims identified in your formal complaint are determined to be discrete acts that are not a part of the accepted continuing discrimination claim and are therefore **Dismissed** for formal investigation.

    1. On July 15, 2003, you were notified by the Human Resources Division that you were not selected for the position of Physical Security Specialist, GS-0080-12, under announcement number 039922110.

    2. On May 12, 2002, you were denied the grade of GS-12 for the position of Physical Security Specialist, under announcement number 03991601.

    3. On or about February 14, 2003, you were removed from the Law Enforcement Bureau after being approved to the rank of lieutenant on or about January 25, 2003, with the Law Enforcement Bureau.

**The above claims are dismissed** in that they fail to comply with the applicable time limits contained in 1614.105, and therefore are deemed untimely in accordance with the regulation stated in the analysis below.

## Analysis

Title 29 Code of Federal Regulations, Part 1614.105 Pre-complaint processing states in part...

    "(a) Aggrieved person who believe they have been discriminated against on the basis of race, color, religion, sex, national origin, age or handicap must consult a Counselor prior to filing a complaint in order to try to informally resolved the matter.

    **(1) An aggrieved person must initiate contact with a Counselor within 45 days of the date of the matter alleged to be discriminatory or, in the case of personnel action, within 45 days of the effective date of the action."**