IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rahim A. Muhammad )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Michael Chertoff, Secretary )<br>U.S. Department of Homeland Security )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1365 (RMU) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel, hereby stipulate and agree to dismiss this action in its entirety, with prejudice, each side to bear its own costs.

Respectfully submitted,

/s/ with authorization
_____
Veronica G. Awkard, MD Bar No.14454
6490 Landover Road, Suite A
Landover, Maryland 20785
301-773-4724

_____
Kenneth L. Wainstein, D.C. Bar # 451056
United States Attorney

_____
Rudolph Contreras, D.C. Bar # 434122
Assistant United States Attorney

_____
Mercedeh Momeni
Assistant United States Attorney
555 Fourth Street N.W.
Civil Division
Washington, D.C. 20530
202-305-4851